LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
THOMAS JOHN WOOD and
DAWN M. WOOD

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

THOMAS JOHN WOOD and
DAWN M. WOOD,

Debtor(s).
_____/

Case No.: 10-32556-B-13J
Mtn. Ctrl. No.JT-4
In Chapter 13
DATE: December 7, 2010
TIME: 9:32 a.m.
DEPT: B, CTRM 32
Honorable Judge Thomas C. Holman

## MOTION TO MODIFY CHAPTER 13 PLAN
## AFTER CONFIRMATION FILED ON NOVEMBER 16, 2010

Debtors, THOMAS JOHN WOOD and DAWN M. WOOD, by and through their attorney of record, JOHN A. TOSNEY, Esq., hereby moves the court for an order approving the modification of the debtors, Chapter 13 Plan after confirmation. The Motion respectfully represents the following:

1. Debtors' Plan was confirmed on or about September 29, 2010. The Plan proposed to pay $1,302.00 per month for 1 month then $3,265.00 per month for 59 months, with no less than 0 cents on the dollar being paid to unsecured creditors.

2. Debtors' modified plan provides for BAC Home Loans to be removed from Class 1 of their plan and has now been placed in Class 4 after Debtors' entered into a mortgage modification agreement with their mortgage lender which would absorb their pre-petition mortgage arrears into the new principal balance of their new loan amount as well as decrease the interest rate and their ongoing mortgage payment.

The decrease with their mortgage payment would be beneficial to the Debtors based on the grounds that they have had some recent budget changes since they filed their case. Recently Debtor's mother has moved in with them since she is no longer able to care for herself since she is disabled from illness. Therefore, some of Debtors household expenses have increased such as cost for food, utilities and medical costs. Also, there have been some other additional expenses added to their budget for items such as pest control which has been included in the home maintenance section and an alarm system for their house.

3. Based upon the following calculations, the debtors, by changing the plan payments to a total of $14,362.00 has been paid into their plan as of month 5 then $976.00 per month for months 6 through 60 and increasing the percentage to unsecured creditors at no less than 16.6%, they can complete their plan within 60 months as shown in the following calculations:

| | |
|---|---:|
| Total unsecured claims: | 131,256.95 |
| | x  16.6% |
| | 21,829.33 |
| Priority Claims | 9,266.39 |
| Secured claims: | 19,029.85 |
| Interest on secured: | 2,542.80 |
| Attorney fee: | 500.00 |
| Subtotal: | 53,168.37 |
| Trustee fee 7.2% | 4,125.14 |
| TOTAL: | 57,293.51 |
| Balance on hand: | 3,613.51 |
| REMAINING: | 53,680.00 |

**55 months @ 976.00 per month = $53,680.00**

WHEREFORE, debtors, THOMAS JOHN WOOD and DAWN M. WOOD, hereby prays for an Order modifying their Chapter 13 Plan that their plan payments be changed to a total of $14,362.00 has been paid into their plan as of month 5 then $976.00 per month for months 6 through 60, the unsecured creditors be paid no less than sixteen-point-six (16.6) cents on the dollar and that the life of the plan remains at a total of sixty (60) months.

Dated: _____

By: _____
JOHN A. TOSNEY, Esq.
Attorney for Debtors