FILED
November 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003078283

LAW OFFICES OF JOHN A. TOSNEY
JOHN A. TOSNEY, SBN: 97183
331 J Street, Suite 200
Sacramento, CA 95814
Tel: (916) 441-4002
Fax: (916) 441-4622

Attorney for Debtor(s)
THOMAS JOHN WOOD and
DAWN M. WOOD

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THOMAS JOHN WOOD and<br>DAWN M. WOOD,<br><br>Debtor(s).<br>_____ / | Case No.: 10-32556-B-13J<br>Mtn. Ctrl. No.JT-3<br>In Chapter 13<br>DATE: December 7, 2010<br>TIME: 9:32 a.m.<br>DEPT: B, CTRM 32<br>Honorable Thomas C. Holman |

**MOTION FOR PERMISSION FOR MORTGAGE MODIFICATION**

TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE; THE UNITED STATES TRUSTEE; CHAPTER 13 TRUSTEE, LAWRENCE J. LOHEIT; AND TO ALL OTHER INTERESTED PARTIES:

The motion of debtors, THOMAS JOHN WOOD and DAWN M WOOD for permission for a Mortgage Modification of existing home loan respectfully represents:

1. The proposed new debt is a single loan incurred only to modify the Debtors' existing mortgage encumbering his residence commonly known as 6385 Griffith Avenue, Marysville, CA, 95901.

2. Recently, Debtors had been given the opportunity to modify their existing home mortgage. The mortgage modification would be for a new principal balance in the amount of $275,808.22 with an interest rate at 2.125%. The new principal and interest mortgage payment which includes taxes and insurance will be in the amount of $1,515.67.

3. The mortgage modification sought would incorporate the pre-petition mortgage arrears into the new principal balance of the loan and would decrease their ongoing mortgage payment. The mortgage modification would be beneficial to Debtors based on the grounds that their budget has changed since the filing of their case. Debtor's permanently disabled mother has moved in with Debtors which has increased the Debtors expenses for such items as food and higher utilities bills. A Motion to Modify Chapter 13 plan has also been filed that will remove the ongoing mortgage payment from Class 1 and has now listed the mortgage payment in Class 4 of their plan. Along with the Motion to Modify an Amended Schedules I&J have also been filed.

WHEREFORE, Debtors, THOMAS JOHN WOOD and DAWN M. WOOD, respectfully prays for an Order granting permission to modify his existing home mortgage.

Dated: _____

By: _____
JOHN A. TOSNEY, Esq.
Attorney for Debtors